## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Marshall Concerned Citizens, et al., | Case No. 21-cv-1038 (WMW/KMM) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Marshall School District, Independent School District No. 413, et al., | |
| Defendants. | |

---

Based upon the Stipulation of Dismissal with Prejudice, (Dkt. 17), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  August 18, 2021                           s/Wilhelmina M. Wright
                                                  Wilhelmina M. Wright
                                                  United States District Judge